NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE AFFINITY LABS OF TEXAS, LLC

---

2013-1393

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,263.

---

**JUDGMENT**

---

CYRUS A. MORTON, Robins, Kaplan, Miller, and Ciresi, L.L.P., of Minneapolis, Minnesota, argued for appellant. Of counsel on the brief was TIMOTHY G. NEWMAN, Larson Newman, LLP, of Austin, Texas.

SCOTT C. WEIDENFELLER, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for intervenor Commissioner for Patents. With him on the brief were NATHAN K. KELLEY, Acting Solicitor, and STACY B. MARGOLIES, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 9, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |